1
2
3
4
5
6
7
8                    United States District Court
9                    Eastern District of California
10
11
12  Darvin Heath,                      No. Civ. S-05-1259 LKK PAN P
13          Petitioner,                Order
14      vs.
15  Board of Prison Terms,
16          Respondent.
17                              -oOo-
18      Petitioner, a state prisoner proceeding without counsel, has
19  filed an application for a writ of habeas corpus pursuant to 28
20  U.S.C. § 2254 and a request to proceed in forma pauperis.  He
21  challenges policies at his place of incarceration prohibiting him
22  from accruing good time credits.  The Board of Prison Terms is
23  not the correct respondent.  Rule 2, Rules Governing Section 2254
24  Cases in the United States District Courts.
25      Petitioner was convicted in the Contra Costa County Superior
26  Court.  The Contra Costa County Superior Court is in the United

1  States District Court for the Northern District of California.
2  Petitioner is incarcerated in the Northern District as well.
3  Jurisdiction for this action lies in the Northern District. See
4  Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973).
5       Accordingly, the court hereby orders that:
6       1.  This court declines to rule on petitioner's application
7  to proceed in forma pauperis.
8       2.  This action is transferred to the United States District
9  Court for the Northern District of California.
10      Dated:  June 28, 2005.
11
                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
12                                 Magistrate Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26