United States District Court

Eastern District of California

| | |
|---|---|
| Darvin Heath, | No. Civ. S-05-1259 LKK PAN P |
| Petitioner, | Order |
| vs. | |
| Board of Prison Terms, | |
| Respondent. | |

-oOo-

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a request to proceed in forma pauperis.  He challenges policies at his place of incarceration prohibiting him from accruing good time credits.  The Board of Prison Terms is not the correct respondent.  Rule 2, Rules Governing Section 2254 Cases in the United States District Courts.

Petitioner was convicted in the Contra Costa County Superior Court.  The Contra Costa County Superior Court is in the United

1 States District Court for the Northern District of California.
2 Petitioner is incarcerated in the Northern District as well.
3 Jurisdiction for this action lies in the Northern District. See
4 <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973).
5     Accordingly, the court hereby orders that:
6     1.  This court declines to rule on petitioner's application
7 to proceed in forma pauperis.
8     2.  This action is transferred to the United States District
9 Court for the Northern District of California.
10    Dated:  June 28, 2005.

                                   /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   Magistrate Judge